IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

_____

JOHNNY MATEROUS WILLIAMS,   *

    Plaintiff,   *

    v.   *   3:11-CV-475-TMH
                                                                   (WO)

MALVIN CLARKE, *et al.*,   *

    Defendants.   *

_____

# O R D E R

The Magistrate Judge entered a Recommendation (Doc. #5) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the Court believes that the Recommendation should be adopted. Accordingly, it is

ORDERED that

    1. the Recommendation (Doc. #5) of the Magistrate Judge is ADOPTED;

    2. Plaintiff's complaint against Defendants Warren, Lane, Ellis, Moore, and Maxwell is DISMISSED without prejudice and prior to service of process;

    3. Defendants Warren, Lane, Ellis, Moore, and Maxwell are DISMISSED as parties to the complaint under 28 U.S.C. § 1915(e)(2)(B); and

4.  This case, with regard to the remaining defendant, is referred back to the Magistrate Judge for further proceedings.

Done this 9th day of August, 2011.

/s/ Truman M. Hobbs

_____
UNITED STATES DISTRICT JUDGE