IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JOHNNY MATEROUS WILLIAMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.: 3:11-CV-475-TMH |
| ) | |
| MALVIN CLARKE, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

The Magistrate Judge entered a Recommendation (Doc. #20) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the court finds that the Recommendation should be adopted. Accordingly, it is

ORDERED that the RECOMMENDATION (Doc. #20) of the Magistrate Judge is ADOPTED, and this case is DISMISSED without prejudice for Plaintiff's failures to prosecute this action and to comply with the orders of this court.

A separate judgment shall issue.

Done this 16th day of December, 2011.

/s/ Truman M. Hobbs

_____
UNITED STATES DISTRICT JUDGE